

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,941-02

### IN RE KENNETH RAY GREEN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1069293 IN THE 209TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he wrote to the Harris County District Clerk requesting free copies of his trial transcripts and exhibits, or alternatively, an estimate of costs for obtaining those trial transcripts and exhibits, but that he was told that the District Clerk had no duty to respond to a request for information from an incarcerated individual by authority of the Government Code. TEX. GOV'T. CODE § 552.028.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response stating whether the he received a request from the Relator for

a statement of costs for his trial records. If the District Clerk received such a request, the clerk shall state the nature of his response and, if available, provide a copy of the response. If the District Clerk received such a request and did not respond, he shall provide his rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: August 24, 2016
Do not publish